UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS A. USLER, JON EVANS, ANDREW ANDRADA, HANNAH VOSSEN, NOAH TANZ, KENNY KIERMAN, CHARLES SANKOWICH, BURCU KARACA, KARA GOZDE, AND ALINA YURKOVSKY, on behalf of themselves and a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>VITAL FARMS, INC., MATTHEW O'HAYER, RUSSELL DIEZ-CANSECO, and SCOTT MARCUS,<br><br>    Defendants. | Case No. 1:21-cv-00447<br><br>United States District Court for the Western District of Texas |
| VITAL FARMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS A. USLER, JON EVANS, ANDREW ANDRADA, HANNAH VOSSEN, NOAH TANZ, KENNY KIERMAN, CHARLES SANKOWICH, BURCU KARACA, KARA GOZDE, AND ALINA YURKOVSKY, on behalf of themselves and a class of similarly situated individuals,<br><br>    Defendants. | Case No. 1:22-mc-333<br><br>United States District Court for the Southern District of New York<br><br>**VITAL FARMS, INC.'S NOTICE OF MOTION AND MOTION TO QUASH OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER AGAINST PLAINTIFFS' SUBPOENA TO KRUPA CONSULTING, INC.** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion to Quash or, in the Alternative, for Protective Order Against Plaintiffs' Subpoena to Krupa Consulting, Inc. ("Motion"), dated November 22, 2022, the Declaration of

Alyssa Sones, sworn to on November 22, 2022, Exhibits A-H thereto, and any and all prior pleadings and proceedings heretofore had herein, Defendant Vital Farms, Inc. ("Vital Farms"), by and through its undersigned counsel, Sheppard Mullin Richter and Hampton LLP, hereby moves this Court at the United States District Court, Southern District of New York, before the assigned Judge at a date and time to be determined, for an Order quashing or modifying, or in the alternative, protecting Vital Farms against, Request Nos. 1, 5, and 6 in the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action dated October 28, 2022 (the "Subpoena") Plaintiffs Nicholas A. Usler, Jon Evans, Andrew Andrada, Hannah Vossen, Noah Tanz, Kenny Kierman, Charles Sankowich, Burcu Karaca, Kara Gozde, and Alina Yurkovsky (collectively, "Plaintiffs") to nonparty Krupa Consulting, Inc.  The Motion is made pursuant to Rule 45(d)(3) of the Federal Rules of Civil Procedure with respect to the request to quash or modify the Subpoena, pursuant to Rule 26 of the Federal Rules of Civil Procedure with respect to the request for a protective order limiting the scope of the Subpoena, and for such further and different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 6.1(a), opposition papers to this motion shall be served "within seven days after service of the moving papers," and reply papers shall be served "within two days after service of the answering papers."

                                                Respectfully submitted,

Dated: November 22, 2022        */s/ Tyler E. Baker*
                                               Tyler E. Baker, New York Bar Code #TB9570
                                               SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                                               30 Rockefeller Plaza
                                               New York, New York 10112-0015
                                               Tel: 212.653.8700
                                               Email: tbaker@sheppardmullin.com

                                               P. CRAIG CARDON (*pro hac vice* to be submitted)
                                               JAY T. RAMSEY (*pro hac vice* to be submitted)
                                             ALYSSA SONES (*pro hac vice* to be submitted)
                                             1901 Avenue for the Stars, Suite 1600
                                             Los Angeles, California 90067
                                             Tel. (310) 228-3700
                                             Fax (310) 228-3701
                                             ccardon@sheppardmullin.com
                                             jramsey@sheppardmullin.com
                                             asones@sheppardmullin.com

                                             *Attorneys for Vital Farms, Inc.*